UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO.  5:22-CV-117-BJB

IN THE MATTER OF THE COMPLAINT OF
MARQUETTE TRANSPORTATION COMPANY, LLC,
AS OWNER AND OPERATOR OF THE M/V MARQUETTE
WARRIOR, OFFICIAL NO. 560979, FOR
EXONERATION FROM OR LIMITATION OF LIABILITY

VERIFICATION OF COMPLAINT
BY MARQUETTE TRANSPORTATION COMPANY, LLC
(Electronically Filed)

I, Darin M. Adrian, state and declare as follows:

1. That I am Executive Vice President for Marquette Transportation Company, LLC, Limitation Plaintiff in the above captioned proceeding;

2. That I have read the above and foregoing Complaint, and all of the allegations of fact contained therein are true and correct to the best of my information, knowledge and belief;

3. That I am authorized by Marquette Transportation Company, LLC to make this Verification on its behalf; and

4. That I make this Verification as my free act and deed and as the free act and deed of Marquette Transportation Company, LLC.

PURSUANT TO 28 U.S.C. SECTION 1746, I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

Executed on this 5th day of September 2022, in the City of Paducah, County of McCracken, and Commonwealth of Kentucky.

_____
Name: Darin M. Adrian
Title: Executive Vice President