# EXHIBIT 1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO.   5:22-CV-117-BJB

IN THE MATTER OF THE COMPLAINT OF
MARQUETTE TRANSPORTATION COMPANY, LLC,
AS OWNER AND OPERATOR OF THE M/V MARQUETTE
WARRIOR, OFFICIAL NO. 560979, FOR
EXONERATION FROM OR LIMITATION OF LIABILITY

## DECLARATION OF VALUE

I, Fred Budwine, state and declare as follows:

1. I am currently the President of Budwine and Associates and, in that capacity, am a certified marine surveyor with 43 years of experience, which includes surveying and valuing inland marine vessels.

2. I am familiar with the M/V MARQUETTE WARRIOR and with its condition.

3. Based on my familiarity with the M/V MARQUETTE WARRIOR and my knowledge of market value, it is my belief that the fair and reasonable market value of the M/V MARQUETTE WARRIOR as of March 3, 2022 was approximately $9,500,000.00 United States Dollars.

PURSUANT TO 28 U.S.C. SECTION 1746, I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

Executed on this 2nd day of September 2022, in the Parish of St. Tammany, State of Louisiana.

Name: Fred O. Beshwise
Title: President