EXHIBIT 2

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO.  5:22-CV-117-BJB

IN THE MATTER OF THE COMPLAINT OF
MARQUETTE TRANSPORTATION COMPANY, LLC,
AS OWNER AND OPERATOR OF THE M/V MARQUETTE
WARRIOR, OFFICIAL NO. 560979, FOR
EXONERATION FROM OR LIMITATION OF LIABILITY

## DECLARATION OF PENDING FREIGHT

I, Darin M. Adrian, state and declare as follows:

1. I am over eighteen (18) years of age. I am competent to testify based on personal knowledge regarding the facts contained herein.

2. I am the Executive Vice President of Marquette Transportation Company, LLC.

3. On March 3, 2022, the M/V MARQUETTE WARRIOR was transporting barges on the Mississippi River and into the Ohio River, navigable waterways of the United States.

4. The pending freight for the voyage earned by the M/V MARQUETTE WARRIOR, is $329,706.63 United States Dollars.

PURSUANT TO 28 U.S.C. SECTION 1746, I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

Executed on this 5th day of September 2022, in the City of Paducah, County of McCracken, and Commonwealth of Kentucky.

*[signature]*

Name: Darin M. Adrian
Title: Executive Vice President