September 23, 2022

Clerk of Court
United States District Court
Western District of Kentucky

**RE: In the matter of Marquette Transportation Company, LLC as Owner and Operator of the M/V MARQUETTE WARRIOR, Praying for Exoneration From or Limitation of Liability, 5:22-CV-117-BJB**

Dear Sirs:

In order for Marquette Transportation Company, LLC ("Marquette"), as owner and operator, of the M/V MARQUETTE WARRIOR, to file an action for exoneration from or limitation of liability in connection with the incident more particularly described in the Complaint on file herein, as required by 46 U.S.C. § 30501, *et. seq.*, we, Swiss Re International SE, Rappresentanza per l'Italia ("Underwriters"), hereby agree to the following undertaking:

1. To cause to be filed in connection with the above-described incident an action for exoneration from or limitation of liability in a United States District Court of competent jurisdiction and venue on behalf of the owner of the M/V MARQUETTE WARRIOR.

2. Upon demand, Underwriters shall, in accordance with and strictly subject to the terms, conditions and limits of Underwriters' insurance policy or policies, cause to be filed in said action, a surety bond or other security acceptable to the Court, in the amount of Nine Million, Eight Hundred Twenty Nine Thousand, Nine Hundred and Fifty Six Dollars and Sixty Three cents ($9,829,956.63), with annual interest at six percent (6%) from the date hereon, to satisfy all statutory requirements in said action described in Paragraph 1 above. In no event, however, will Underwriters be responsible for payments in excess of the available limits of the insurance. In the event that the bond or other security referred to in this paragraph is filed, the undersigned Underwriter(s) shall have no further obligation under this Letter of Undertaking.

3.  In the event a final decree (after appeal, if any) is entered against the owner or operator of the M/V MARQUETTE WARRIOR as a result of claims arising out of the above-described incident, Underwriters agree to pay and satisfy their respective shares, up to and not exceeding the total sum of Nine Million Eight Hundred Twenty Nine Thousand, Nine Hundred and Fifty Six Dollars and Sixty Three cents and ($9,829,956.63), with annual interest at six percent (6%) from the date hereof, or any lesser amount decreed by the Court or settled between the parties, where said settlement has been made with the approval of Marquette and Underwriters, without any final decree being rendered.

4.  Notwithstanding any of the foregoing, the liability of Underwriters pursuant to this letter of undertaking shall not exceed the limits of the policy or policies to which Underwriters subscribe, and shall be strictly subject to the terms, limits and conditions of the insurance policy.  All subscribing underwriters' obligations, under the policies to which they subscribe, are several and not joint and are limited solely to the extent of their individual subscriptions.  These subscribing underwriters are not responsible for the subscription of any co-subscribing underwriter who for any reason does not satisfy all or part of its obligations.

5.  This letter is to be binding whether the M/V MARQUETTE WARRIOR is lost at sea or not lost, in port or not in port, and is given without prejudice to any rights or defenses which the M/V MARQUETTE WARRIOR and/or her owner and/or her operator and/or Marquette and/or Underwriters may have under any applicable law or statute, none of which are to be regarded as waived.  The giving of this letter of undertaking is not to be deemed or taken to be or accepted as an admission of liability on behalf of the M/V MARQUETTE WARRIOR and/or her owner or those interested in her.

6.  The signing of this Letter of Undertaking by the duly authorized representative(s) below shall not be construed as binding on them personally but is to be binding only upon Underwriters.

IN WITNESS WHEREOF, Underwriters have caused these presents to be duly executed on their behalf by the undersigned duly authorized representative(s) of Underwriters.

Yours very truly,

As claims leaders, for our share only