UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:22-CV-00117-BJB

IN THE MATTER OF THE COMPLAINT OF
MARQUETTE TRANSPORTATION COMPANY, LLC,
AS OWNER AND OPERATOR OF THE M/V MARQUETTE
WARRIOR, OFFICIAL NO. 560979, FOR
EXONERATION FROM OR LIMITATION OF LIABILITY

NOTICE TO CLAIMANTS OF COMPLAINT FOR
EXONERATION FROM OR LIMITATION OF LIABILITY
(Electronically Filed)

NOTICE is hereby given that Limitation Plaintiff, Marquette Transportation Company, LLC, as owner and operator of the M/V MARQUETTE WARRIOR, official number 560979 (hereinafter "Marquette"), has filed a Complaint pursuant to 46 U.S.C. § 30501, *et seq.,* claiming the right to exoneration from and/or limitation of liability for damage claims, demands, or liens arising out of a maritime casualty incident which occurred on March 3, 2022, wherein the Wickliffe Crewboat No. 1, a crew boat attached to the M/V LUKE BURTON, capsized on the Ohio River near Wickliffe, Kentucky, and the pilot of the crew boat, Tyler Morgan, is believed to have died as a result of the incident.

All persons claiming damage for any losses, injuries or death or destruction arising out of or occurring by reason of this incident with respect to which the Verified Complaint seeks exoneration from or limitation of liability are advised and admonished to file their respective claims in writing and under oath with the Clerk of the Court for the United States District Court, Western District of Kentucky, Paducah Division, 501 Broadway, Suite 127, Paducah, Kentucky 42001, and to serve a copy thereof on the attorneys for Limitation Plaintiff, Bobby R. Miller, Jr., of Miller Hahn, PLLC, 2660 West Park Drive, Suite

2, Paducah, Kentucky 42001, on or before January 31, 2023, or be forever defaulted. Personal attendance is not required.

Any claimant, whether a person, firm or corporation or other entity, public or private, desiring to contest either the right to exoneration from and/or the right to limitation of liability shall file and serve an answer, all as required by Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims contained in the FEDERAL RULES OF CIVIL PROCEDURE.

Dated this _____ day of October 2022.

CLERK, UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF
KENTUCKY, PADUCAH DIVISION


By: _____