

EXHIBIT 4