UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:22-cv-00064-TBR

In the Matter of the Complaint of
MERS, LLC d/b/a PTL Marine, as Owner or
Owner pro hac vice of Wickliffe Crewboat No. 1,
for Exoneration from or Limitation of Liability

---

**CANAL BARGE COMPANY, INC.'S ANSWER TO MERS, LLC
d/b/a PTL MARINE'S THIRD-PARTY COMPLAINT
(Electronically Filed)**

---

Comes Canal Barge Company, Inc., and for its answer to the MERS, LLC d/b/a PTL Marine's Third-Party Complaint state as follows:

1. Defendant admits the allegations in paragraph 1.

2. Defendant admits the allegations in paragraph 2.

3. Defendant admits the allegations in paragraph 3.

4. Defendant admits the allegations in paragraph 4.

5. Defendant denies the allegations in paragraph 5; Canal Barge Company, Inc. is a Louisiana Corporation.

6. Defendant admits the allegations in paragraph 6.

7. Defendant admits the allegations in paragraph 7.

8. Defendant admits the allegation in paragraph 8.

9. Defendant denies the allegations in paragraph 9.

10. Defendant admits the allegations in paragraph 10 as to jurisdiction; otherwise incorporates answers to the allegations above.

EXHIBIT 6

## FIRST DEFENSE

The asserted liabilities and losses, if any, were caused in whole or in part by the acts or omissions of the plaintiff and/or third parties for which the Defendant is not liable.

## SECOND DEFENSE

The third-party complaint is barred by provisions of the attached Master Purchase and Services Agreement between the parties hereto, and Canal pleads affirmatively all provisions therein.

## CANAL BARGE COMPANY, INC.'S COUNTERCLAIM AGAINST MERS, INC. d/b/a PTL MARINE

Plaintiff in its third-party complaint has tendered Canal Barge Company, Inc. to Claimant Emily Morgan, requiring Canal to answer her claim herein. To the extent Canal Barge Company, Inc. or the M/V Luke Burton may be liable to such Claimant, which is denied, then Canal Barge Company, Inc. is contractually entitled to be indemnified and held harmless by third party plaintiff MERS, LLC against any and all such liability, and against any other liability, losses and/or claims brought in this action, including any and all expenses and attorneys' fees incurred herein. Third party plaintiff hereby demands judgment against MERS, LLC for any and all such amounts, along with any and all other relief to which it may be entitled.

RESPECTFULLY SUBMITTED, this the 28th day of September, 2022.

WHITLOW, ROBERTS, HOUSTON
& STRAUB, PLLC

/s/ C. Thomas Miller
C. Thomas Miller
Matthew S. Eddy
300 Broadway
P.O. Box 995
Paducah, Kentucky 42002-0995
(270) 443-4516
(270) 442-8247 fax
tmiller@whitlow-law.com

Attorney for Canal Barge Company, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that I have this the 28th day of September, 2022, electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Frank J. Dantone, Esq., fjd@hdpa.com, Henderson Dantone, P.A., 241 Main Street, P.O. Box 778, Greenville, MS 38702-0778, *Attorney for MERS, LLC d/b/a PTL Marine.*

David L. Kelly, Esq., Theodore S. Hutchins, Esq., dkelly@kkhblaw.com, thutchins@kkhblaw.com, Keuler, Kelly, Hutchins, Blankenship & Sigler, LLP, 100 South 4th Street, Suite 400, Paducah, KY 42001, *Attorneys for Emily Morgan.*

Bobby R. Miller, Jr., Esq., Allan C. Crane, Esq., Kent B. Ryan, Esq., bmiller@millerlaw-firm.com, acrane@millerlaw-firm.com, kryan@millerlaw-firm.com, Miller Hahn, PLLC, 2660 West Park Drive, Suite 2, Paducah, KY 42001, *Attorneys for Marquette Transportation Company, LLC*

Roy C. Dripps, Esq., royd@awdblaw.com, Armbruster, Dripps, Winterscheidt & Blotevogel, LLC, 51 Executive Plaza Court, Maryville IL 62062.

Ted N. Gianaris, Esq. Gianaris Trial Lawyers, LLC, One Court Street, Alton, IL 62002.

/s/ C. Thomas Miller
C. Thomas Miller