# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY

IN THE MATTER OF THE COMPLAINT OF )
MERS, LLC d/b/a PTL Marine, as Owner or )
Owner *Pro Hac Vice* of Wickliffe Crewboat No. 1, )
for exoneration from, or Limitation of Liability )  Case No. 5:22-CV-64-TBR

## AFFIDAVIT

I am of legal age and swear as follows:

1. I am an Illinois licensed private investigator # 115.002600.
2. I am employed by the law firm Simmons Hanly Conroy as an investigator
3. On March 4, 2022, I was in Wickliffe, Kentucky during the search for Tyler Morgan.
4. On March 4, 2022, I took the attached two photographs of the Luke Burton vessel.
5. These two photographs fairly and accurately show the Luke Burton and its condition at the time the photos were taken.

I certify under penalty of perjury that the foregoing is true and correct.

_____  10/28/2022
SIGNATURE                   DATE

Brent Wells
Print Name

SUBSCRIBED AND SWORN before me this 28 day of October, 2022.

_____
Notary Public

My commission expires: _____.

"OFFICIAL SEAL"
LORI R. RIPPETO
NOTARY PUBLIC — STATE OF ILLINOIS
MY COMMISSION EXPIRES DEC. 5, 2023

EXHIBIT 7



2022 10 28 WELLS AFFIDAVIT – PHOTO 1 OF 2



2022 10 28 WELLS AFFIDAVIT – PHOTO 2 OF 2