IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

IN THE MATTER OF THE COMPLAINT OF )
MERS, LLC d/b/a PTL Marine, as Owner or )
Owner *Pro Hac Vice* of Wickliffe Crewboat No. 1, )
for exoneration from, or Limitation of Liability ) Case No. 5:22-CV-64-TBR

## AFFIDAVIT

I am of legal age and swear as follows:

1. I am an Illinois licensed attorney #6237156.
2. On April 29, 2022, Frank Dantone sent me the following message:

"Ted: https://file.ac/D3R8Z3rVIC4/ The link is to the rosept video of the Marquette Warrior. Let me know if you have trouble opening it up. … Frank"

3. Mr. Dantone represented to me that this Rosepoint recording is an accurate depiction of the Luke Burton's radar imaging including the positions of the Luke Burton and the Marquette Warrior.

I certify under penalty of perjury that the foregoing is true and correct.

_____        10-28-2022
SIGNATURE                         DATE

Ted Gianaris
Print name

SUBSCRIBED AND SWORN before me this 28 day of October, 2022.

_____
Notary Public

My commission expires: _____

"OFFICIAL SEAL"
LORI R. RIPPETO
NOTARY PUBLIC — STATE OF ILLINOIS
MY COMMISSION EXPIRES FEB 5, 2023

EXHIBIT 8