# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY

IN THE MATTER OF THE COMPLAINT OF )
MARQUETTE TRANSPORTATION COMPANY, LLC )
as OWNER and OPERATOR of The )
M/V MARQUETTE WARRIOR, OFFICIAL NO. 560979 )
for Exoneration from, or Limitation of Liability, ) Case No. 5:22-cv -00117-BJB

## **ORDER**

Considering the foregoing motion of Claimant, Emily Morgan's Motion to Dissolve Injunction and to Stay Limitation Proceeding, the Court therefor finds that:

1. Claimant's stipulations are sufficient to protect plaintiff's federal interest in limitation of liability;

2. Claimant's motion to dissolve injunction entered on October 11, 2022 (Doc 5) is GRANTED to permit claimant to institute and proceed with an action against plaintiff, PTL and Canal Barge in a forum of her choosing;

3. IT IS HEREBY ORDERED that enforcement of any judgment in excess of the limitation fund that might be entered against plaintiff in any action brought by claimant Emily Morgan is hereby STAYED.

4. IT IS HEREBY ORDERED that this action is STAYED pending resolution of claimant Emily Morgan's claims in another forum.

SO ORDERED this _____ day of _____, 2022.

_____
UNITED STATES DISTRICT JUDGE